

# NUMBER 13-15-00480-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**CHARLES LINDER FLOYD,** **Appellant,**

**v.**

**WHARTON COUNTY, ET AL,** **Appellee.**

### On appeal from the 329th District Court
### of Wharton County, Texas.

# ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on the appellant's motion for extension of time to file a brief. Appellant's brief was originally due on May 31, 2016. Appellant has filed and received a previous extension of thirty days which made the brief due on June 30, 2016. Appellant is now asking for an indefinite extension to file the brief.

The Court, having fully examined and considered appellant's motion for extension of time to file the brief, is of the opinion that, in the interest of justice, appellant's motion for extension of time to file the brief should be granted with order. The Court, GRANTS IN PART and DENIES IN PART appellant's motion for extension of time. This motion is GRANTED insofar as the Court will extend appellant's deadline to file his brief until July 15, 2016. This motion is DENIED insofar as the Court will not allow an extension indefinitely. Further motions for extension of time will not be favorably entertained by the Court, absent exigent circumstances.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
24th day of June, 2016.